FILED

JUN 2 6 2015

DAVID CREWS, CLERK
BY_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO: 4:15CR072**

**MARK CONNOR, a/k/a "Worm"**                    **21 USC § 841**
                                                         **21 USC § 846**

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning at a time unknown to the Grand Jury, but at least from in or about October 2014, and through March 2015, in the Northern District of Mississippi, and elsewhere, **MARK CONNOR, a/k/a "Worm"** and Gary Patterson did knowingly and willfully conspire and agree with each other and with other persons both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute: an amount in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride (powder cocaine), a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, 841(a)(1), (b)(1)(B) and 846.

### COUNT TWO

On or about March 10, 2015, in the Northern District of Mississippi, the defendant **MARK CONNOR, a/k/a "Worm"** did unlawfully, knowingly and intentionally possess with the intent to distribute an amount in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride (powder cocaine), a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**Forfeiture Provision**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846 and/or Section 841, **MARK CONNOR, a/k/a "Worm"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

2

The United States further reserves its right to seek forfeiture in the form of a money judgment against any of the defendants named herein in an amount equal to the illegal proceeds obtained by the defendants as result of the violations specified in this Indictment.

**A TRUE BILL**

UNITED STATES ATTORNEY

_/s/ Signature Redacted_____
**FOREPERSON**

3